IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02363–EWN–BNB

AMERICAN COMMUNICATIONS
SYSTEMS, INC.,

    Plaintiff,

v.

ALLIED WASTE TRANSPORTATION,
INC., d/b/a BFI WASTE SERVICES OF
DENVER, d/b/a BROWNING FERRIS
INDUSTRIES, INC.,

    Defendant.

---

### ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

---

Pursuant to D.C.COLO.LCivR 72.2, on the 20th day of January, 2006, Magistrate Judge Boyd N. Boland notified the court of the parties' unanimous consent to disposition of the above action by a United States magistrate judge. Now, therefore, being sufficiently advised, it is

    **ORDERED** as follows:

    1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

    2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Boland; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated this 24th day of January, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge