IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  05-cv-02363-CBS-BNB

AMERICAN COMMUNICATIONS SYSTEMS, INC.,

Plaintiff,

v.

ALLIED WASTE TRANSPORTATION, INC.,
d/b/a BFI WASTE SERVICES OF DENVER a/k/a BROWNING FERRIS INDUSTRIES, INC.,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **March 14, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge