IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02363-CBS-BNB

AMERICAN COMMUNICATIONS SYSTEMS, INC.,

    Plaintiff,

v.

ALLIED WASTE TRANSPORTATION, INC. d/b/a BFI WASTE SERVICES OF DENVER a/k/a BROWNING FERRIS INDUSTRIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

Magistrate Judge Craig B. Shaffer

    The Stipulated Motion to Dismiss with Prejudice filed on March 14, 2006, by the parties, having come before the Court, and appearing well founded; it is hereby

    **ORDERED** that this action is **DISMISSED, with prejudice**, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 14th day of March, 2006.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              Craig B. Shaffer
                              United States Magistrate Judge